**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CHRISTIAN S. KNUDSEN, JR.,** | * | **Case No.: 09-13170-JS** <br> **(Chapter 7)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| | * |
| **BRADFORD BANK,** | |
| | * |
| Movant, | |
| | * |
| **v.** | |
| | * |
| **CHRISTIAN S. KNUDSEN, JR., and** <br> **MICHAEL G. RINN, Chapter 7 Trustee,** | * |
| | |
| Respondent. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF DISCOVERY**

I HEREBY CERTIFY that on the 10th of August, 2009, copies of Movant's Request for Inspection and Appraisal were served via first class mail, postage prepaid, and by electronic mail, on: Jeffrey M. Sirody, Esquire, Adam M. Freiman, Esquire; Phillip Anderson, Esquire; Sirody, Freiman & Feldman 1777 Reisterstown Road, Suite 360 E; Baltimore, MD 21208 (*Debtor's counsel*); Michael G. Rinn, Esquire 111 Warren Road, Suite 4 Cockeysville, MD 21030-2429 (*Chapter 7 trustee*).

Dated: August 10, 2009.

/s/ Richard L. Costella
Richard L. Costella
Fed. Bar No.: 14095
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
Tel: (410) 727-6464
Fax: (410) 385-3700
rcostell@milesstockbridge.com

*Counsel for Bradford Bank*

Client Documents:4811-7004-9796v1|100346-000009|8/5/2009

1