IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                              *

CHRISTIAN S. KNUDSEN, Jr.           *       CASE NO.: 09-13170-JFS
                                            Chapter 7
                                    *
        Debtor
*   *   *   *   *   *   *   *   *   *   *   *   *

**<u>MOTION TO COMPEL DEBTOR TO
PROVIDE TRUSTEE WITH   INFORMATION</u>**

Now comes Michael G. Rinn, Trustee pursuant to 11 U.S.C. §542 and Bankruptcy Rule 9013 and 4002(4) and moves that an Order be entered directing and compelling Debtor to provide Trustee with certain information and for sanctions and in support thereof respectfully alleges:

1. That your undersigned Movant is the duly qualified and acting Trustee in this case.

2. In order for your Trustee to properly perform the duties required of him pursuant to the United States Bankruptcy Code, it is necessary for him to obtain, review and analyze the records/ schedules and statements of Debtor as set forth in the Trustee's NOTICE OF DOCUMENTS  TO BE PRODUCED, previously  served on Debtor a copy of which is attached hereto as Motion *Exhibit A* , including *inter alia* documents relating to the essential components of the (i) the Debtor' real estate holdings and their  values, (ii)   Debtor's ownership interests in scheduled Corporations or LLC's (iii) Debtor's financial records, tax returns and banks records (iv) Records reflecting the transfer of any of Debtor's assets. .

3. Your Trustee, both at the original scheduled Meeting of Creditors held herein[1] and subsequent thereto, has requested through Debtor's counsel, that the Debtor provide the requested information, as reflected by the   NOTICE OF DOCUMENTS  TO BE PRODUCED correspondence and formal notice of August 13, 2009  (attached hereto as Motion Exhibit "A"). Despite the repeated requests by the Trustee,  the information has not been provided..

---

[1] The meeting of creditors held in this matter on June 25, 2009  was not concluded and has been specially continued and reset  to September 23, 2009

1

4. The continued failure and refusal on the part of the Debtor to provide to the Trustee the necessary information and documents, is hindering the proper and prompt administration of this estate to the detriment of the Trustee, the Court and the creditors.

5. The Trustee and counsel for the Trustee have incurred attorney's fees and costs in preparing and filing the foregoing Motion to Compel and in otherwise attempting to compel Debtor's compliance with necessary administrative matters.

WHEREFORE, your Trustee prays that this Court enter an Order in the general format attached hereto :

A. Directing and Ordering the Debtor Christian S. Knudsen, Jr. to deliver to the office of your Trustee the within ten (10) days of the date of such Order, the documents, records, schedules and statements as identified in the Trustee's NOTICE OF DOCUMENTS TO BE PRODUCED.

B. For such other and further relief as the nature of the proceedings may require.

　　　　　　　　　　　　　　　　　　　　 */s/ Michael G. Rinn*
　　　　　　　　　　　　　　　　　　　　 Michael G. Rinn, Esquire
　　　　　　　　　　　　　　　　　　　　 Federal Bar No. 01310
　　　　　　　　　　　　　　　　　　　　 111 Warren Road, Suite 4
　　　　　　　　　　　　　　　　　　　　 Cockeysville, Maryland 21030
　　　　　　　　　　　　　　　　　　　　 (410) 683-1040
　　　　　　　　　　　　　　　　　　　　 Rinnoffice@rinn-law.com
　　　　　　　　　　　　　　　　　　　　 Trustee/ General Counsel to Trustee


**VERIFICATION**

I, Michael G. Rinn, the Trustee and Movant declare under penalties of perjury that the contents of the foregoing Motion are true and correct to the best of my personal knowledge and information.

Dated: September 15, 2009

　　　　　　　　　　　　　　　　　　　　 */s/ Michael G. Rinn*
　　　　　　　　　　　　　　　　　　　　 Michael G. Rinn, Esquire
　　　　　　　　　　　　　　　　　　　　 Federal Bar No. 01310

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2009, a copy of the foregoing Motion to Compel to Discharge and Proposed Order served electronically upon those parties on the Court's ECF service list in this matter and were mailed, first class mail, postage prepaid to:

Adam M. Freiman, Esquire
Sirody, Freiman & Feldman,P.C.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

Christian S Knudsen, Jr.
14825 Sapling Way
Glenelg, MD 21737

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

*/s/ Michael G. Rinn*
Michael G. Rinn, Esquire