IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                              *

CHRISTIAN S. KNUDSEN, JR.         *         Case No: 09-13170-JS
                                                    *              (Chapter 7)
    Debtors                              *

    *    *    *    *    *    *    *    *    *    *    *    *

<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

NOTICE IS HEREBY GIVEN that the undersigned original counsel is withdrawn and substitution of counsel in the above-captioned adversary proceeding is made as of the effective date below:

**Party represented:    Christian S. Knudsen, Jr.**

<u>Original Counsel</u>                                              <u>Substitute Counsel</u>

Jeffrey M. Sirody, Esquire                              James A. Vidmar, Esquire
Sirody Freiman & Feldman                           Logan, Yumkas, Vidmar & Sweeney, LLC
1777 Reisterstown Road, Suite 360 E         2530 Riva Road, Suite 400
Baltimore, Maryland  21208                        Annapolis, Maryland  21401
(410) 415-0445                                              (443) 569-5977
smeyers5@hotmail.com                              jvidmar@loganyumkas.com

**Effective Date:  January 13, 2010**

Respectfully submitted,

      /s/ Jeffrey M. Sirody                                        /s/ James A. Vidmar
Jeffrey M. Sirody, 11715                               James A. Vidmar, 00271
Sirody Freiman & Feldman                           Logan, Yumkas, Vidmar & Sweeney, LLC
1777 Reisterstown Road, Suite 360 E         2530 Riva Road, Suite 400
Baltimore, Maryland  21208                        Annapolis, Maryland  21401
(410) 415-0445                                              (443) 569-5977
smeyers5@hotmail.com                              jvidmar@loganyumkas.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March 2010, notice of filing of the Notice of Substitution of Counsel was sent electronically to:

    Joseph Bellinger, Esquire
    jbellinger@offitkurman.com

    Joseph J. Bellinger, Esquire
    trustee@offitkurman.com, jjbellinger@ecf.epiqsystems.com; mwashington@offitkurman.com

    Michael Charles Bolesta, Esquire
    mbole@gebsmith.com

    Patricia A. Borenstein, Esquire
    pborenstein@milesstockbridge.com

    Richard L. Costella, Esquire
    rcostell@milesstockbridge.com

    Matthew Alfred Egeli, Esquire
    matthew.egeli@hartmanegeli.com

    Kevin M. Fitzpatrick, Esquire
    kevin@fitzlaw.biz, layla@fitzlaw.biz

    Adam M. Freiman, Esquire
    afreiman@sfflegal.com, smeyers5@hotmail.com; adamfreiman@gmail.com; sffecf@gmail.com

    Edmund A. (UST) Goldberg, Esquire
    Edmund.A.Goldberg@usdoj.gov, amy.busch@usdoj.gov

    Stephen M. Goldberg, Esquire
    sgoldberg@tydingslaw.com, chopkin@tydingslaw.com

    Gary R. Greenblatt, Esquire
    grgreen@mehl-green.com, cmhare@mehl-green.com

    Christopher Hamlin, Esquire
    chamlin@mhlawyers.com

    Constance M. Hare, Esquire
    cmhare@mehl-green.com, grgreen@mehl-green.com

    Michael J. Klima, Esquire
    bankruptcy@trm-h.com

    Brian S. McNair, Esquire
    bmcnair@bhlpc.com, csuthard@bhlpc.com

    Michael G Rinn, Esquire
    rinnoffice@rinn-law.com, md08@ecfcbis.com

Michael G. Rinn, Esquire
rinnoffice@rinn-law.com, mrinn@rinn-law.com

Jeffrey M. Sirody, Esquire
smeyers5@hotmail.com, adamfreiman@gmail.com;
sffecf@gmail.com

Christopher Tsien, Esquire
christsien@verizon.net

US Trustee – Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

      /s/ James A. Vidmar
James A. Vidmar