Exhibit "A"

**Offit|Kurman**
Attorneys At Law

WASHINGTON | BALTIMORE | PHILADELPHIA
8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.: 52-1518021

## INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

| | |
|---|---|
| Billing through | 11/30/2010 |
| Client # | 01260008 |
| Invoice # | 112767 |

00001   Christian S. Knudsen, Jr.

### ACCOUNT SUMMARY

| PRIOR CHARGES | | |
|---|---|---|
| Balance of last invoice | $59,350.60 | |
| Payments since last invoice | -0.00 | |
| NET BALANCE FORWARD | | $59,350.60 |
| CURRENT CHARGES | | |
| Total Services   (details follow) | $8,040.00 | |
| TOTAL CURRENT CHARGES | | $8,040.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $67,390.60 |

### DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 11/01/2010 | Revise Assignment of Amended Note and Allonge; email comments to counsel to Note purchaser and M. Rinn. | 1.80 | 400.00 | 720.00 |
| 11/02/2010 | Revise closing documents. | 0.60 | 400.00 | 240.00 |
| 11/02/2010 | Prepare First Interim Application for Allowance and Payment of Fees. | 2.20 | 400.00 | 880.00 |
| 11/04/2010 | Preparation for closing and meeting with M. Rinn. | 1.20 | 400.00 | 480.00 |
| 11/05/2010 | Attend hearing on Motion to Sell Amended Note (review prior to hearing)(2.0); travel to and attend closing with Note purchaser (2.5). | 4.50 | 400.00 | 1,800.00 |
| 11/09/2010 | Prepare Application for Allowance and Payment of Fees. | 2.80 | 400.00 | 1,120.00 ℬ |
| 11/18/2010 | Prepare correspondence to C. Tsien re: Bethany Properties transfer (.4); emails to from initial counsel to debtor re: file and document review (.6). | 1.00 | 400.00 | 400.00 A |
| 11/29/2010 | Analyze property of the estate and avoidance action issues; investigate property of the estate. | 2.50 | 400.00 | 1,000.00 A |
| 11/30/2010 | Analyze and investigate property of estate and avoidance actions (2.5); draft Memorandum to Trustee (.5); prepare for meeting with intial counsel for Debtor (.5). | 3.50 | 400.00 | 1,400.00 A |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 20.10 | | $8,040.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 20.10 | | $8,040.00 |



EXHIBIT

A



**WASHINGTON | BALTIMORE | PHILADELPHIA**

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.: 52-1618021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Billing through | 12/31/2010 |
| Client # | 01260008 |
| Invoice # | 115395 |

00001   Christian S. Knudsen, Jr.

**ACCOUNT SUMMARY**

<u>PRIOR CHARGES</u>

| | | |
|---|---|---|
| Balance of last invoice | $67,390.60 | |
| Payments since last invoice | -60,275.00 | |
| NET BALANCE FORWARD | | $7,115.60 |
| CURRENT CHARGES | | |
| Total Services   (details follow) | $1,920.00 | |
| TOTAL CURRENT CHARGES | | $1,920.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $9,035.60 |

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 12/01/2010 | Analyze property of estate issues and prepare for meeting with initial counsel to debtors(3.8); meeting with counsel (1.0) | 4.80 | 400.00 | 1,920.00 A |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 4.80 | | $1,920.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 4.80 | | $1,920.00 |
| | TOTAL CURRENT CHARGES: | | | $1,920.00 |

**TIMEKEEPER SUMMARY FOR THIS MATTER**

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 4.80 | $1,920.00 |
| | 4.80 | $1,920.00 |

**WASHINGTON | BALTIMORE | PHILADELPHIA**

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

# Offit|Kurman
## Attorneys At Law

Tax I.D.: 52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Billing through | 01/31/2011 |
| Client # | 01280008 |
| Invoice # | 120835 |

00001   Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

### PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $13,995.60 | |
| A/R adjustments made since last invoice | -4,960.00 | |
| Payments since last invoice | -0.00 | |
| NET BALANCE FORWARD | | $9,035.60 |

### CURRENT CHARGES

| | | |
|---|---|---|
| Total Services   (details follow) | $4,960.00 | |
| TOTAL CURRENT CHARGES | | $4,960.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $13,995.60 |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | | |
| 01/03/2011 | Analyze asset research information. | 1.60 | 400.00 | 640.00 | A |
| 01/05/2011 | Analyze asset investigation information. | 1.60 | 400.00 | 640.00 | A |
| 01/11/2011 | Analyze response from counsel re: transfer to Bethany Properties; evaluation Bethany Properties Proof of Claim. | 1.20 | 400.00 | 480.00 | A |
| 01/12/2011 | Analyze transfers and possible recovery or avoidance actions. | 1.60 | 400.00 | 640.00 | A |
| 01/17/2011 | Analysis/Strategy possible recovery or avoidance actions; review petition re: case deadlines and motion for relief on residence. | 1.20 | 400.00 | 480.00 | A |
| 01/18/2011 | Analysis/Strategy discharge issues. | 0.80 | 400.00 | 320.00 | D |
| 01/19/2011 | Prepare correspondence from C. Tsien (.4); analysis of discharge issues (1.20). | 1.60 | 400.00 | 640.00 | A / D |
| 01/20/2011 | Telephone conference with client M. Rinn re recovery actions and discharge issues. | 0.40 | 400.00 | 160.00 | D |
| 01/26/2011 | Analysis/Strategy re: possible avoidance and turnover actions. | 1.60 | 400.00 | 640.00 | A |
| 01/27/2011 | Investigation of Knudsen entities. | 1.60 | 0.00 | No Charge | |
| 01/31/2011 | Analyze avoidance and turnover claims | 0.80 | 400.00 | 320.00 | A |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 14.00 | | $4,960.00 | |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 14.00 | | $4,960.00 | |



WASHINGTON | BALTIMORE | PHILADELPHIA
8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.: 62-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

Billing through    02/28/2011
Client #    01260008
Invoice #    121246

00001   Christian S. Knudsen, Jr.

**ACCOUNT SUMMARY**

| PRIOR CHARGES | | |
|---|---|---|
| Balance of last invoice | $13,995.60 | |
| Payments since last invoice | -0.00 | |
| NET BALANCE FORWARD | | $13,995.60 |
| CURRENT CHARGES | | |
| Total Services    (details follow) | $7,280.00 | |
| TOTAL CURRENT CHARGES | | $7,280.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $21,275.60 |

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | | |
| 02/04/2011 | Analyze possible avoidance and recovery actions; discharge issues. | 1.80 | 400.00 | 720.00 | A |
| 02/08/2011 | Analysis/Strategy re avoidance and turnover actions; discharge issues. | 2.40 | 400.00 | 960.00 | A |
| 02/15/2011 | Review bankruptcy petition for deadlines and review amended schedules | 0.80 | 400.00 | 320.00 | B |
| 02/17/2011 | Review transcript of 341 meeting | 1.80 | 400.00 | 720.00 | B |
| 02/24/2011 | Prepare Complaint to Avoid Fraudulent Transfers (2.8); meet with M. Rinn re same (1.0) | 3.80 | 400.00 | 1,520.00 | B |
| 02/25/2011 | Prepare and finalize Complaint to Avoid Fraudulent Transfers and Preferences (6.2); revise and finalize Complaint to Avoid Preference (American Express) (.6) | 6.80 | 400.00 | 2,720.00 | B |
| 02/28/2011 | Analyze discharge issues; emails to and from office of UST and M. Rinn re same. | 0.50 | 400.00 | 200.00 | D |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 17.90 | | $7,160.00 | |
| **Melody Washington** | | | | | |
| 02/25/2011 | Prepare Complaint for Turnover of Preference vs. American Express | 0.50 | 150.00 | 75.00 | B |
| 02/25/2011 | Review SDAT for resident agent and principal place of business for American Express | 0.30 | 150.00 | 45.00 | B |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.80 | | $120.00 | |



WASHINGTON | BALTIMORE | PHILADELPHIA
8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.: 52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

Billing through    03/31/2011
Client #               01260008
Invoice #               124681

00001   Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

| PRIOR CHARGES | | |
|---|---|---|
| Balance of last invoice | $21,275.60 | |
| Payments since last invoice | -0.00 | |
| NET BALANCE FORWARD | | $21,275.60 |
| CURRENT CHARGES | | |
| Total Services   (details follow) | $8,930.00 | |
| TOTAL CURRENT CHARGES | | $8,930.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $30,205.60 |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 03/04/2011 | Analysis/Strategy re discharge issues (emails with trustee and UST); review petition and amendments | 0.80 | 400.00 | 320.00 D |
| 03/05/2011 | Analysis/Strategy turnover action and discharge issues. | 0.50 | 400.00 | 200.00 D |
| 03/07/2011 | Revise and Amend Complaint to Avoide and Recover Fraudulent Conveyances and Preferetial Transfers | 0.80 | 400.00 | 320.00 B |
| 03/09/2011 | Review debtor's amendments to Schedules | 0.60 | 400.00 | 240.00 B |
| 03/10/2011 | Analyze status of debtor's case and discharge issues. | 0.60 | 400.00 | 240.00 D |
| 03/14/2011 | Analyze documents discharge issues | 1.20 | 400.00 | 480.00 D |
| 03/14/2011 | Analysis/Strategy | 1.00 | 400.00 | 400.00 D |
| 03/15/2011 | Review bankruptcy petition service of process | 0.40 | 400.00 | 160.00 B |
| 03/17/2011 | Telephone conference with counsel to transferee defendant (I Hurd That) | 0.60 | 400.00 | 240.00 E |
| 03/17/2011 | Review correspondence from defendant American Express; forward to trustee | 0.40 | 400.00 | 160.00 B |
| 03/17/2011 | Analyze discharge issues; research fact issues; prepare summary and forward to UST and Trustee | 1.80 | 400.00 | 720.00 D |
| 03/22/2011 | Analysis/Strategy re discharge issues and Debtor's Limited Opposition to Motion to Extend Discharge Deadline. | 0.80 | 400.00 | 320.00 D |
| 03/23/2011 | Prepare Joinder to Motion to Extend Discharge Deadline and Reply to Debtor's Limited Opposition (.8); prepare Motion for Rule 2004 Examination of Sirody law firm and Request for Documents (2.4) | 3.20 | 400.00 | 1,280.00 B/D 320  1280 |
| 03/24/2011 | Prepare Joinder to Motion to Extend Time and Motion for Rule 2004 Examination of Sirody law firm and request for documents. | 0.80 | 400.00 | 320.00 B |

| | | | | |
|---|---|---|---|---|
| 03/24/2011 | Review bankruptcy petition (adversary proceedings re service of process and pretrial dates) and evaluate discovery issues. | 1.40 | 400.00 | 560.00 E |
| 03/25/2011 | Review Debtor's Objection to Motion for Rule 2004 Examination of Sirody law firm and numerous emails from Sirody law firm; emails to M Rinn re status. | 0.60 | 400.00 | 240.00 B |
| 03/29/2011 | Review bankruptcy petition regarding Motion to Extend Deadline to Object to Discharge and Motion for Rule 2004 Examination and Debtor's Oppositions and begin to draft proposed Stipulation and Consent Order to resolve both contested matters (1.6); emails to and from UST and M. Rinn re same (.2) | 1.80 | 400.00 | 720.00 D |
| 03/30/2011 | Telephone conference with Robert Fila (counsel to I Hurd Dat) regarding transactions with Debtor (.2); review documents and correspondence re same and summary of 341 testimony re same (1.8); revise draft Stipulation and Consent Order on contested matters (.8). | 2.80 | 400.00 | 1,120.00 E |
| 03/31/2011 | Revise Stipulation and Consent Order re comments received | 0.80 | 400.00 | 320.00 B |
| 03/31/2011 | Review correspondence and documents related to entity I Hurd Dat; email to M. Rinn re same. | 0.60 | 400.00 | 240.00 E |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 21.50 | | $8,600.00 |

**Melody Washington**

| | | | | |
|---|---|---|---|---|
| 03/02/2011 | Prepare Affidavit of Service and file with court | 0.30 | 150.00 | 45.00 B |
| 03/02/2011 | Prepare Complaint for service on defendant | 0.30 | 150.00 | 45.00 B |
| 03/11/2011 | Investigation of SDAT records for Defendants' addresses and resident agent information | 0.70 | 0.00 | No Charge |
| 03/11/2011 | Prepare 26 copies of Complaint and summons for service | 1.10 | 150.00 | 165.00 B |
| 03/18/2011 | Prepare Affidavits of Service for multiple defendants and file via ECF | 0.50 | 150.00 | 75.00 B |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.90 | | $330.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 24.40 | | $8,930.00 |
| | TOTAL CURRENT CHARGES: | | | $8,930.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 21.50 | $8,600.00 |
| Melody Washington | 2.90 | $330.00 |
| | 24.40 | $8,930.00 |



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.: 52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Billing through | 04/28/2011 |
| Client # | 01260008 |
| Invoice # | 128729 |

00001   Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

**PRIOR CHARGES**

| | | |
|---|---|---|
| Balance of last invoice | $30,205.60 | |
| Payments since last invoice | -0.00 | |
| **NET BALANCE FORWARD** | | **$30,205.60** |
| **CURRENT CHARGES** | | |
| Total Services   (details follow) | $13,692.50 | |
| Total Expenses  (details follow) | $10.00 | |
| TOTAL CURRENT CHARGES | | **$13,702.50** |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$43,908.10** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | | |
| 04/01/2011 | Analyze further information from counsel to I Hurd Dat and draft email reply requesting further information (1.2); numerous emails to counsel re hearings on contested matters and comments to draft Stipulation and Consent Order (.4) | 1.20 | 400.00 | 480.00 | E |
| 04/01/2011 | Analysis/Strategy regarding production of debtor's records and revisions to Stipulation and Consent Order. | 0.80 | 400.00 | 320.00 | D |
| 04/05/2011 | Analysis/Strategy re: adversary proceeding service and motions for default (.8); telephone conference calls with counsel to certain defendants and prospective counsel to C. Knudsen (Don Disepelo) (1.2);review petition and amendments to schedules (.6) | 2.60 | 400.00 | 1,040.00 | B |
| 04/06/2011 | Prepare  Stipulation and Consent Order re Motion to Extend Deadline and Motion for Rule 2004 Examination and numerous calls and emails with counsel re same. | 1.40 | 400.00 | 560.00 | B |
| 04/07/2011 | Telephone conference calls with counsel to certain defendants | 0.60 | 400.00 | 240.00 | E |
| 04/11/2011 | Telephone conference with Gary Poretsky (Sirody firm document production) and confirmatory emails to counsel regarding obligations under stipulation and consent order | 0.80 | 400.00 | 320.00 | B |
| 04/11/2011 | Telephone conference with counsel to American Express (preference claim) | 0.30 | 400.00 | 120.00 | B |
| 04/11/2011 | Telephone conference with prospective counsel to Knudsens in adversary proceeding (several counsel) | 0.60 | 400.00 | 240.00 | B |
| 04/11/2011 | Analysis/Strategy re assertion of privilege (documents and testimony) | 1.50 | 400.00 | 600.00 | B |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 04/12/2011 | Analyze documents and information from counsel to certain defendants re: transactions with Debtor and telephone calls with counsel to entities (3.2); telephone calls and emails re production of Sirody law firm file (.4) | 3.60 | 400.00 | 1,440.00 | B |
| 04/13/2011 | Telephone conferences with counsel to American Express (preference claim), Sirody firm (document production) and prospective counsel to Knudsens | 0.80 | 400.00 | 320.00 | B |
| 04/14/2011 | Analyze documents and emails from counsel to 100% Land and draft of Affidavit for 100% Land re Knudsen transactions | 3.50 | 400.00 | 1,400.00 | B |
| 04/15/2011 | Analysis/Strategy preparations for deposition of Sirody designees and privilege issues | 2.50 | 400.00 | 1,000.00 | B |
| 04/19/2011 | Review bankruptcy petitions and prepare motion to continue for Knudsent Adversary and Scheduling Order for American Express Adversary numerous emails re same | 2.20 | 400.00 | 880.00 | B |
| 04/25/2011 | Review documents produced by counsel (J. Vidmar) per Stipulation and Consent Order. | 1.80 | 400.00 | 720.00 | B |
| 04/26/2011 | Telephone conference with counsel to IHurdthat and revise Affidavit of 100% Land | 0.80 | 400.00 | 320.00 | B |
| 04/26/2011 | Review bankruptcy petition (answers and motions filed in adversary proceeding) (2.6); review Stipulation and Consent Order re protocol for deposition of Sirody designees and Meeting of Creditors (.8). | 3.40 | 400.00 | 1,360.00 | B |
| 04/27/2011 | Review documents produced by counsel (1.2); review petition re status of adversary proceedings (answers or responsive filings)(.6) | 1.80 | 400.00 | 720.00 | B |
| 04/27/2011 | Analyze discovery issues related to Stipulation and Consent Order | 0.80 | 400.00 | 320.00 | B |
| 04/27/2011 | Review bankruptcy petition and adversary proceedings; numerous telephone calls and emails to counsel related to Sirody firm depositions and call to counsel in adversary proceeding (v/w) | 1.20 | 400.00 | 480.00 | B |
| 04/28/2011 | Analysis/Strategy re Motion to Dismiss by Defendant CKT | 0.80 | 400.00 | 320.00 | B |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 33.00 | | $13,200.00 | |

**Sebastian  Forgues**

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 04/19/2011 | Preparation for pre-trial hearing. | 0.30 | 185.00 | 55.50 | B |
| 04/20/2011 | Attend pre-trial hearing. | 2.20 | 185.00 | 407.00 | B |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.50 | | $462.50 | |

**Melody  Washington**

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 04/19/2011 | Telephone conference with J. Bellinger regaridng 4/20/11 hearing | 0.20 | 150.00 | 30.00 | B |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.20 | | $30.00 | |

| | | | | |
|---|---|---|---|---|
| TOTAL CURRENT CHARGES FOR THIS MATTER: | | 35.70 | | $13,692.50 |

### Expenses

| | |
|---|---|
| Sebastian Forgues - 4/20/11 parking for hearing | 10.00 |
| TOTAL CURRENT EXPENSES FOR THIS MATTER: | $10.00 |

| | |
|---|---|
| TOTAL CURRENT CHARGES: | $13,702.50 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 33.00 | $13,200.00 |
| Sebastian  Forgues | 2.50 | $462.50 |
| Melody  Washington | 0.20 | $30.00 |
| | 35.70 | $13,692.50 |



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee

111 Warren Road, Suite 4
Cockeysville, MD 21030

| | |
|---|---|
| Billing through | 05/31/11 |
| Client Number | 01260008 |
| Invoice Number | 305184 |

01260008.00001  Christian S. Knudsen, Jr.

ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last Invoice | $43,908.10 | |
| NET BALANCE FORWARD | | $43,908.10 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $12,880.00 | |
| Total Expenses  (details follow) | $12.00 | |
| TOTAL CURRENT CHARGES | | $12,892.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $56,800.10 |

DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Joseph J. Bellinger, Jr. | | | | | |
| 04/29/2011 | Analyze additional information from 100%Land regarding lHurdthat transactions (.8); prepare for deposition and documnt review (1.4) | 2.20 | 400.00 | 880.00 | *B* |
| 05/02/2011 | Preparation for deposition of Sirody firm | 1.80 | 400.00 | 720.00 | *E* |
| 05/04/2011 | Analyze litigation issues, discovery issues, motions and telephone call with counsel to defendants | 2.80 | 400.00 | 1,120.00 | *B* |
| 05/04/2011 | prepare for desposition of designees of Sirody Freiman | 2.00 | 400.00 | 800.00 | *E* |
| 05/05/2011 | Review comments to Affidavit from counsel to 100% Land and make revisions to Affidavit (.5); email to counsel with comments and questions (.3) | 0.80 | 400.00 | 320.00 | *B* |
| 05/09/2011 | Prepare for and conduct depositions of designees of Sirody, Freiman | 4.60 | 400.00 | 1,840.00 | *E* |

| Date | Services | Hours | Rate | Amount | |
|------|----------|-------|------|--------|---|
| 05/10/2011 | Analyze documents and deposition testimony (1.5); telephone conference call with counsel to lhurdthat (.2) | 1.70 | 400.00 | 680.00 | E |
| 05/16/2011 | Evaluate additional information from counsel to 100% Land regarding lhurdthat transactions and revise 100% Land Affidavit (1.2); email revised affidavit with comments to counsel (.2); prepare status report for M. Rinn (.8) | 2.20 | 400.00 | 880.00 | E |
| 05/17/2011 | prepare for and conduct conference call with M. Rinn and E. Goldberg re: discharge issues | 0.50 | 400.00 | 200.00 | D |
| 05/19/2011 | analyze transcript of deposition of Sirody designees | 2.40 | 400.00 | 960.00 | E |
| 05/23/2011 | Analysis of litigation issues in adversary proceeding | 2.50 | 400.00 | 1,000.00 | B |
| 05/25/2011 | Analysis of litigation and discovery issues | 2.80 | 400.00 | 1,120.00 | B |
| 05/26/2011 | Prepare for and hold meeting with 100% Land/lhurdthat representatives and counsel and revise Affidavit of 100% Land for signatures (2.5); email report to M. Rinn and E. Goldberg (.2) | 2.70 | 400.00 | 1,080.00 | B |
| 05/31/2011 | Analyze discovery issues and litigation issues and prepare scheduling order (1.8); emails to and from counsel (.2); review list of items for initial disclosures (.6); review list of nonparty subpoena to issue (.6) | 3.20 | 400.00 | 1,280.00 | E |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 32.20 | | 12,880.00 | |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 32.20 | | 12,880.00 | |

### EXPENSES

| Date | | Amount |
|------|---|--------|
| 05/31/2011 | SunTrust Bank: Parking for hearing on 4/20/11 (SF) | 6.00 |
| 05/31/2011 | SunTrust Bank: SunTrust Bank: Parking for hearing on 4/20/11 (SF) | 6.00 |
| | TOTAL CURRENT EXPENSES FOR THIS MATTER: | $12.00 |
| | TOTAL CURRENT CHARGES: | $12,892.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 32.20 | 12,880.00 |
| | 32.20 | $12,880.00 |



**Offit|Kurman**
Attorneys At Law

WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

## INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

| | |
|---|---|
| Billing through | 06/30/11 |
| Client Number | 01260008 |
| Invoice Number | 305838 |

01260008.00001  Christian S. Knudsen, Jr.

ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last Invoice | $56,800.10 | |
| NET BALANCE FORWARD | | $56,800.10 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $7,440.00 | |
| Total Expenses  (details follow) | -$6.00 | |
| TOTAL CURRENT CHARGES | | $7,434.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $64,234.10 |

DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 06/01/2011 | document analysis; litigation analysis | 1.80 | 400.00 | 720.00 B |
| 06/02/2011 | Analysis of evidence and discovery issues in adversary proceeding (3.8); emails to and from counsel to IHurdthat re: additional payment (.2) draft Notice of Dismissal of IHurdthat and American Express (.4); begin draft of initial disclosures correspondence to counsel to Knudsen defendants (.8) | 5.20 | 400.00 | 2,080.00 B |
| 06/03/2011 | Finalize correspondence to counsel to Knudsen defendants re initial disclosures (2.5); email to M. Rinn, review comments from M. Rinn and revise correspondence (.5) | 3.00 | 400.00 | 1,200.00 B |

| Date | Services | Hours | Rate | Amount | |
|------|----------|-------|------|--------|---|
| 08/14/2011 | review emails regarding discharge; review draft Complaint of UST | 0.90 | 400.00 | 360.00 | *D* |
| 08/22/2011 | analysis of US Trustee Complaint objecting to discharge and review of discovery issues related to litigation for recoveries | 2.50 | 400.00 | 1,000.00 | *D* |
| 08/27/2011 | prepare discovery | 2.60 | 400.00 | 1,040.00 | *E* |
| 08/30/2011 | prepare discovery | 2.60 | 400.00 | 1,040.00 | *E* |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 18.60 | | 7,440.00 | |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 18.60 | | 7,440.00 | |

### EXPENSES

| Date | | | | Amount |
|------|---|---|---|--------|
| 06/03/2011 | Reverse: SunTrust Bank: Parking for hearing on 4/20/11 (SF) | | | -6.00 |
| | TOTAL CURRENT EXPENSES FOR THIS MATTER: | | | -$6.00 |
| | TOTAL CURRENT CHARGES: | | | $7,434.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 18.60 | 7,440.00 |
| | 18.60 | $7,440.00 |

.



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Attorneys At Law

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Billing through | 07/31/11 |
| Client Number | 01260008 |
| Invoice Number | 311827 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $64,234.10 | |
| NET BALANCE FORWARD | | $64,234.10 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $7,280.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $7,280.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $71,514.10 |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Joseph J. Bellinger, Jr. | | | | | |
| 07/05/2011 | prepare attachments to subpoena and discovery | 2.50 | 400.00 | 1,000.00 | E |
| 07/06/2011 | prepare discovery | 1.50 | 400.00 | 600.00 | E |
| 07/07/2011 | draft letter to counsel re disclosures | 0.20 | 400.00 | 80.00 | E |
| 07/10/2011 | review correspondence from counsel (.3); draft attachments for subpoena and prepare discovery | 2.20 | 400.00 | 880.00 | E |
| 07/13/2011 | Prepare Discovery | 1.20 | 400.00 | 480.00 | E |
| 07/14/2011 | prepare discovery | 1.60 | 400.00 | 640.00 | E |

| Date | Services | Hours | Rate | Amount | |
|------|----------|-------|------|--------|---|
| 07/17/2011 | prepare subpoena | 1.20 | 400.00 | 480.00 | E |
| 07/20/2011 | emails to and from UST regarding complaint objecting to discharge | 0.20 | 400.00 | 80.00 | D |
| 07/20/2011 | prepare subpoena | 1.80 | 400.00 | 720.00 | E |
| 07/21/2011 | prepare discovery | 2.20 | 400.00 | 880.00 | E |
| 07/25/2011 | prepare discovery | 2.40 | 400.00 | 960.00 | E |
| 07/27/2011 | prepare discovery | 1.20 | 400.00 | 480.00 | E |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 18.20 | | 7,280.00 | |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 18.20 | | 7,280.00 | |
| | TOTAL CURRENT CHARGES: | | | $7,280.00 | |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 18.20 | 7,280.00 |
| | 18.20 | $7,280.00 |



**WASHINGTON | BALTIMORE | PHILADELPHIA**

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

| | |
|---|---|
| Billing through | 08/31/11 |
| Client Number | 01260008 |
| Invoice Number | 312298 |

01260008.00001 Christian S. Knudsen, Jr.

**ACCOUNT SUMMARY**

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $71,514.10 | |
| NET BALANCE FORWARD | | $71,514.10 |
| CURRENT CHARGES | | |
| Total Services (details follow) | $9,400.00 | |
| Total Expenses (details follow) | $334.10 | |
| TOTAL CURRENT CHARGES | | $9,734.10 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $81,248.20 |

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Joseph J. Bellinger, Jr. | | | | | |
| 08/04/2011 | prepare subpoenas | 0.80 | 400.00 | 320.00 | E |
| 08/08/2011 | review drafts of notices of deposition of corporate designees | 1.60 | 400.00 | 640.00 | E |
| 08/09/2011 | prepare subpoena and notices of depositions of corporate designee | 2.80 | 400.00 | 1,120.00 | E |
| 08/12/2011 | Review status of service of subpoena on financial institutions and discovery upon parties | 0.50 | 400.00 | 200.00 | E |
| 08/16/2011 | Review discovery status and respond to inquiries from financial institutions served with subpoena | 1.40 | 400.00 | 560.00 | E |

| Date | Services | Hours | Rate | Amount | |
|------|----------|-------|------|--------|---|
| 08/22/2011 | Respond to inquiries re subpoenas and review status of fact discovery | 1.10 | 400.00 | 440.00 | *E* |
| 08/26/2011 | Begin document review of financials produced pursuant to Subpoenas (3.5); emails with counsel re depositions and discovery (.2) | 3.70 | 400.00 | 1,480.00 | *E* |
| 08/29/2011 | Document review from financial institutions under Subpoena | 4.60 | 400.00 | 1,840.00 | *E* |
| 08/30/2011 | Document review from financial institutions under subpoena | 2.80 | 400.00 | 1,120.00 | *E* |
| 08/30/2011 | emails with counsel to defendant regarding discovery matters; draft motion to extend discovery period | 0.40 | 400.00 | 160.00 | *E* |
| 08/31/2011 | Document review from financial institutions under Subpoena | 3.80 | 400.00 | 1,520.00 | *E* |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 23.50 | | 9,400.00 | |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 23.50 | | 9,400.00 | |

### EXPENSES

| | | | | |
|------|----------|------|------|------|
| 08/02/2011 | Corbin & Hook Reporting, Inc.: Deposition transcripts | | | 334.10 |
| | TOTAL CURRENT EXPENSES FOR THIS MATTER: | | | $334.10 |
| | TOTAL CURRENT CHARGES: | | | $9,734.10 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 23.50 | 9,400.00 |
| | 23.50 | $9,400.00 |



**WASHINGTON | BALTIMORE | PHILADELPHIA**

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

| | |
|---|---|
| Billing through | 09/30/11 |
| Client Number | 01260008 |
| Invoice Number | 315144 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

### PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $81,248.20 | |
| NET BALANCE FORWARD | | $81,248.20 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $16,808.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $16,808.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | $98,056.20 |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | | |
| 09/01/2011 | Review of bank statements from financial institutions produced pursuant to subpoenas | 2.60 | 400.00 | 1,040.00 | E |
| 09/02/2011 | Telephone conference with counsel to Knudsens re discovery and settlement | 0.40 | 400.00 | 160.00 | B |
| 09/02/2011 | Review of bank statements from financial institutions produced pursuant to subpoenas | 2.40 | 400.00 | 960.00 | E |
| 09/05/2011 | Review bank statements produced by financial institutions pursuant to subpoenas. | 1.40 | 400.00 | 560.00 | E |
| 09/06/2011 | Evaluate email from counsel re: additional disclosures and | 2.80 | 400.00 | 1,120.00 | B |

| Date | Services | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | settlement conference proposal and draft reply (.4); evaluate trial preparation matters and bank statements produced pursuant to subpoenas (2.4) | | | | |
| 09/07/2011 | Evaluate additional subpoena documents and review list of other potential subpoena parties | 1.60 | 400.00 | 640.00 | E |
| 09/09/2011 | Review of bank statements from financial institutions pursuant to subpoenas and letters from other financial institutions in response to subpoenas | 2.40 | 400.00 | 960.00 | E |
| 09/12/2011 | Evaluate scope of additional subpoenas based upon review of bank statement produced by financial institutions (.6); prepare for settlement conference with debtor and counsel (.8) | 1.40 | 400.00 | 560.00 | E |
| 09/13/2011 | Prepare for and attend settlement conference | 3.40 | 400.00 | 1,360.00 | B |
| 09/14/2011 | Evaluate documents and pleadings re settlement conference disclosures | 1.40 | 400.00 | 560.00 | B |
| 09/15/2011 | Prepare for a meet with Michael Rinn on status of case and strategy | 2.20 | 400.00 | 880.00 | B |
| 09/16/2011 | Evaluate Scheduling Order and discovery issues and draft Motion to Modify Scheduling Order and For Immediate Sanctions (1.6); email to counsel with comments (.2) | 2.30 | 400.00 | 920.00 | B |
| 09/19/2011 | Review counsel's response re discovery and settlement proposals; prepare responses (.4); review documents delivered by counsel (.8) | 1.20 | 400.00 | 480.00 | B |
| 09/20/2011 | Review comments to proposed Agreed Motion and proposed order from counsel and draft counter-proposal for Agreed Motion and proposed Order, email comments to counsel. | 2.40 | 400.00 | 960.00 | B |
| 09/20/2011 | Review financial records produced by financial institutions | 2.60 | 400.00 | 1,040.00 | E |
| 09/21/2011 | Review email from counsel re counter proposal for Agreed Motion and Order and revise Agreed Motion and Order for filing. | 1.60 | 400.00 | 640.00 | B |
| 09/22/2011 | Review additional financial records produced by financial institutions and evaluate disclosure requirements in conjunction with settlement offer | 2.80 | 400.00 | 1,120.00 | E |
| 09/27/2011 | Review of bank statements from financial institutions pursuant to Subpoenas | 3.20 | 400.00 | 1,280.00 | E |
| 09/30/2011 | Preliminary review of Defendants' Responses to Discovery | 1.40 | 400.00 | 560.00 | E |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 39.50 | | 15,800.00 | |
| William R. Firth, III | | | | | |
| 09/09/2011 | Document review for Rinn/Knudsen; conferred with J. Bellinger re: same. | 2.80 | 360.00 | 1,008.00 | E |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.80 | | 1,008.00 | |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 42.30 | | 16,808.00 | |
| | TOTAL CURRENT CHARGES: | | | $16,808.00 | |



**Offit | Kurman**
Attorneys At Law

WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

## INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

| | |
|---|---|
| Billing through | 10/31/11 |
| Client Number | 01260008 |
| Invoice Number | 320103 |

01260008.00001 Christian S. Knudsen, Jr.

ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last Invoice | $98,056.20 | |
| NET BALANCE FORWARD | | $98,056.20 |
| CURRENT CHARGES | | |
| Total Services (details follow) | $16,600.00 | |
| Total Expenses (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $16,600.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $114,656.20 |

DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Joseph J. Bellinger, Jr. | | | | | |
| 10/03/2011 | Evaluate Responses to Defendants' Discovery Responses (1.6); prepare for depositions of Defendants (2.2). | 3.80 | 400.00 | 1,520.00 | E |
| 10/13/2011 | Email to counsel to Defendants regarding discovery and settlement (.2); trial preparations (3.5). | 3.70 | 400.00 | 1,480.00 | E |
| 10/18/2011 | Review additional bank statements produced by M&T Bank (2.2); prepare email to counsel to defendants regarding deposition schedules (.4); prepare for depositions of defendants (2.5) | 5.10 | 400.00 | 2,040.00 | E |
| 10/19/2011 | Review additional bank statements from M&T Bank and prepare for depositions. | 1.40 | 400.00 | 560.00 | E |
| 10/20/2011 | Review Motion for Summary Judgment filed by UST in Discharge Objection Adversary Proceeding | 0.60 | 400.00 | 240.00 | C |

| Date | Services | Hours | Rate | Amount | |
|------|----------|-------|------|--------|---|
| 10/21/2011 | analyze settlement proposal from defendants and confer with Mr. Rinn (.6); draft counter-proposal and deliver to counsel (.8); numerous emails with counsel to defendant re settlement and discovery matters (.4) | 1.80 | 400.00 | 720.00 | _C_ |
| 10/22/2011 | preparations for depositions compelled for October 24 and 25 | 3.50 | 400.00 | 1,400.00 | _E_ |
| 10/23/2011 | Analyze counter-proposal from counsel to Defendants and prepare comments to counsel and Trustee. | 1.50 | 400.00 | 600.00 | _C_ |
| 10/24/2011 | Review comments from counsel to draft Term Sheet and forward to Mr. Rinn with comments (.6); analysis of settlement of fraud claims under Archer v. Warner and restructuring to release K. Knudsen after Second Payment and Mr. Rinn's comments to scope of possible discharge of claims in chapter 7 or chapter 13 (1.8); email revised Term Sheet to counsel with comments and explanation of deadlines (.8). | 3.20 | 400.00 | 1,280.00 | _C_ |
| 10/25/2011 | Review of numerous emails from counsel and signatures to Term Sheet (.2); evaluate risks of bankruptcy discharge of insiders (1.5); begin drafting Settlement Documents (1.8) | 3.50 | 400.00 | 1,400.00 | _C_ |
| 10/26/2011 | Begin to draft Settlement Documents | 1.80 | 400.00 | 720.00 | _C_ |
| 10/27/2011 | Analysis of settlement terms, discharge and release issues and comments from Mr. Rinn (1.5); revisions to Settlement Agreement and Money Judgment Orders (1.3). | 2.80 | 400.00 | 1,120.00 | _C_ |
| 10/28/2011 | Evaluate settlement issues and make substantial revisions to Settlement Agreement and begin drafting Motion to Approve Settlement | 2.60 | 400.00 | 1,040.00 | _C_ |
| 10/30/2011 | Review and revise draft Settlement Agreement | 1.30 | 400.00 | 520.00 | _C_ |
| 10/31/2011 | Analysis of settlement issues related to discharge and equity interests of the estate and made substantial revisions to Settlement Agreement (2.4); begin drafting Motion to Approve COmpromise (2.2) | 4.60 | 400.00 | 1,840.00 | _C_ |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 41.20 | | 16,480.00 | |

**James M. Hoffman**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 10/24/2011 | Factual research - Bellinger re: Archer v. Warner | 0.30 | 400.00 | 120.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.30 | | 120.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 41.50 | | 16,600.00 |

TOTAL CURRENT CHARGES:                    $16,600.00

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 41.20 | 16,480.00 |
| James M. Hoffman | 0.30 | 120.00 |
| | 41.50 | $16,600.00 |

# Matter Worked Detail Report

Worked between 11/01/2011 thru 11/30/2011

Client Number
Matter No. & Name
01260008: Rinn, Ch 7 Trustee , Michael G
01260008.00001: Christian S. Knudsen, Jr.

## Time Entries

| Date Worked | Timekeeper | Entry No. | Work Status | Description | Hours | Rate | Dollars | |
|---|---|---|---|---|---|---|---|---|
| 11/01/2011 | Bellinger, Jr., Joseph J. | 1766704 | Work-In-Process | Analysis of Settlement Agreement, revisions to equity interests, discharge, and default provisions (2.3); prepare Motion for Approval of Compromise and Settlement (1.8) | 4.10 | 400.00 | 1,640.00 | |
| 11/03/2011 | Bellinger, Jr., Joseph J. | 1767637 | Work-In-Process | Calls and emails to counsel to Defendant re status of Setttlement Agreement (.2); evaluation of Trustee's remedies in the event Defendants refuse to consummate settlement evidenced by Term Sheet (.7) | 0.80 | 400.00 | 320.00 | |
| 11/03/2011 | Bellinger, Jr., Joseph J. | 1766699 | Work-In-Process | Drafting Motion for Approval of Settlement or Compromise (1.6); emails to counsel re status of Settlement Agreement (.2) | 1.80 | 400.00 | 720.00 | |
| 11/04/2011 | Bellinger, Jr., Joseph J. | 1767641 | Work-In-Process | Several calls and emails to counsel to Defendant (.2); review report of complaint filed by Debtor against Sirody law firm and email same to Trustee (.3); evaluate Trustee's remedies in the event that Defendants fail to consummate Settlement Agreement in accordance with Term Sheet (1.2). | 1.70 | 400.00 | 680.00 | |
| 11/07/2011 | Bellinger, Jr., Joseph J. | 1770624 | Work-In-Process | Telephone calls and emails to counsel to defendants re status of settlement documents (.2); evaluate possible enforcement of Term Sheet (1.2) | 1.40 | 400.00 | 560.00 | |
| 11/08/2011 | Bellinger, Jr., Joseph J. | 1770626 | Work-In-Process | Telephone call and emails to and from counsel to Defendants (.2); revise Settlement Agreement and review items to be delivered by Defendants (1.0) | 1.20 | 400.00 | 480.00 | |
| 11/09/2011 | Bellinger, Jr., Joseph J. | 1770651 | Work-In-Process | Draft Complaint to Enforce Term Sheet | 1.30 | 400.00 | 520.00 | |
| 11/10/2011 | Bellinger, Jr., Joseph J. | 1770627 | Work-In-Process | Numerous emails to and from counsel to Defendants regarding conflicts among Defendants, emails to M. Rinn re same, and email Trustee's position to counsel (.8);revise Settlement Agreement to reflect proposed changes agreeable to Trustee (.6); draft Complaint to enforce Term Sheet (1.4) | 2.80 | 400.00 | 1,120.00 | |
| 11/11/2011 | Bellinger, Jr., Joseph J. | 1770628 | Work-In-Process | Review email from counsel requesting to renegotiate Settlement Agreement and prepare reply(.5); revisions to Complaint to Enforce Term Sheet (.6); numerous | 1.50 | 400.00 | 600.00 | |

# Matter Worked Detail Report

Worked between 11/01/2011 thru 11/30/2011

**Client Number**
**Matter No. & Name**

**01260008: Rinn, Ch 7 Trustee , Michael G**
**01260008.00001: Christian S. Knudsen, Jr.**

**Time Entries**

| Date Worked | Timekeeper | Entry No. | Work Status | Description | Hours | Rate | Dollars |
|---|---|---|---|---|---|---|---|
| | | | | follow up emails and review signatures to revised Settlement Agreement; emails to counsel and Trustee (.4) | | | |
| 11/12/2011 | Bellinger, Jr., Joseph J. | 1770629 | Work-In-Process | Revisions to Motion to Approve Settlement Agreement, prepare Notice and Order | 2.30 | 400.00 | 920.00 |
| 11/12/2011 | Bellinger, Jr., Joseph J. | 1770630 | Work-In-Process | Review time entries and begin to prepare Interim Application for Allowance of Fees | 1.50 | 400.00 | 600.00 |
| 11/14/2011 | Bellinger, Jr., Joseph J. | 1772512 | Work-In-Process | Review redlined version of Settlement Agreement executed and delivered by Defendants and revise to reflect modifications agreed upon and email clean version to counsel for review re same (1.8); review audio of meeting of creditors, and revise Motion to Approve Settlement to reflect modification and include additional background information, revise Notice, Money Judgments, and Order granting Motion (2.4) | 4.20 | 400.00 | 1,680.00 |
| 11/16/2011 | Bellinger, Jr., Joseph J. | 1773123 | Released | Evaluate time entries and create categories for Application for Allowance and Payment of Fees (1.8); revisions to Second Interim Application (1.3); email draft with time entries to Mr. Rinn and Mr. Goldberg for review and comment | 3.20 | 400.00 | 1,280.00 |
| 11/16/2011 | Bellinger, Jr., Joseph J. | 1773126 | Released | Finalize Motion for Approval of Settlement, Settlement Agreement, Notice, Money Judgments, and Order (1.8), emails to counsel to Defendants regarding open items regarding settlement terms (.3) | 2.10 | 400.00 | 840.00 |

| | Hours | Dollars | Cost Value |
|---|---|---|---|
| **Total For 01260008.00001: Christian S. Knudsen, Jr.** | 29.90 | 11,960.00 | 0.00 |
| **Total For 01260008: Rinn, Ch 7 Trustee , Michael G** | 29.90 | 11,960.00 | 0.00 |
| **Report Totals** | Hours | Dollars | Cost Value |