

WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
**111 Warren Road, Suite 4**
Cockeysville, MD 21030

| | |
|---|---|
| Billing through | 11/30/11 |
| Client Number | 01260008 |
| Invoice Number | 320686 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

PRIOR CHARGES

Balance of last invoice                        $114,656.20

NET BALANCE FORWARD                                    $114,656.20

CURRENT CHARGES

Total Services  (details follow)    $12,400.00

Total Expenses  (details follow)         $0.00

TOTAL CURRENT CHARGES                        $12,400.00

**TOTAL BALANCE NOW DUE FOR THIS MATTER:**          **$127,056.20**

## DETAIL OF CURRENT CHARGES

| Date | Services |
|---|---|
| **Joseph J. Bellinger, Jr.** | |
| 11/01/2011 | Analysis of Settlement Agreement, revisions to equity interests, discharge, and default provisions (2.3); prepare Motion for Approval of Compromise and Settlement (1.8) |
| 11/03/2011 | Drafting Motion for Approval of Settlement or Compromise (1.6); emails to counsel re status of Settlement Agreement (.2) |
| 11/03/2011 | Calls and emails to counsel to Defendant re status of Setttlement Agreement (.2); evaluation of Trustee's remedies in the event Defendants refuse to consummate settlement evidenced by Term Sheet (.7) |
| 11/04/2011 | Several calls and emails to counsel for Defendant (.2); review report of complaint filed by Debtor against Sirody law firm and email same to Trustee (.3); evaluate Trustee's remedies in the event that Defendants fail to consummate Settlement Agreement in accordance with Term Sheet (1.2). |

**EXHIBIT A**

| Date | Services |
|------|----------|
| 11/07/2011 | Telephone calls and emails to counsel to defendants re status of settlement documents (.2); evaluate possible enforcement of Term Sheet (1.2) |
| 11/08/2011 | Telephone call and emails to and from counsel to Defendants (.2); revise Settlement Agreement and review items to be delivered by Defendants (1.0) |
| 11/09/2011 | Draft Complaint to Enforce Term Sheet |
| 11/10/2011 | Numerous emails to and from counsel to Defendants regarding conflicts among Defendants, emails to M. Rinn re same, and email Trustee's position to counsel (.8);revise Settlement Agreement to reflect proposed changes agreeable to Trustee (.6); draft Complaint to enforce Term Sheet (1.4) |
| 11/11/2011 | Review email from counsel requesting to renegotiate Settlement Agreement and prepare reply(.5); revisions to Complaint to Enforce Term Sheet (.6); numerous follow up emails and review signatures to revised Settlement Agreement; emails to counsel and Trustee (.4) |
| 11/12/2011 | Revisions to Motion to Approve Settlement Agreement, prepare Notice and Order |
| 11/12/2011 | Review time entries and begin to prepare Interim Application for Allowance of Fees |
| 11/14/2011 | Review redlined version of Settlement Agreement executed and delivered by Defendants and revise to reflect modifications agreed upon and email clean version to counsel for review re same (1.8); review audio of meeting of creditors, and revise Motion to Approve Settlement to reflect modification and include additional background information, revise Notice, Money Judgments, and Order granting Motion (2.4) |
| 11/16/2011 | Evaluate time entries and create categories for Application for Allowance and Payment of Fees (1.8); revisions to Second Interim Application (1.3); email draft with time entries to Mr. Rinn and Mr. Goldberg for review and comment |
| 11/16/2011 | Finalize Motion for Approval of Settlement, Settlement Agreement, Notice, Money Judgments, and Order (1.8); emails to counsel to Defendants regarding open items regarding settlement terms (.3) |
| 11/18/2011 ✱ | review modified scheduling order re motion to stay adversary proceeding and email to counsel regarding motion to stay adversary proceeding |
| 11/21/2011 ✱ | Review Scheduling Order for Adversary Proceeding and draft Agreed Motion to Stay Adversary Proceeding and proposed Order; emails to and from counsel to Defendants re consent. |

|  |  |
|--|--|
| TOTAL CHARGES FOR THIS TIMEKEEPER: | $12,400.00 |
| TOTAL CHARGES FOR THIS MATTER: | $12,400.00 |
| TOTAL CURRENT CHARGES | $12,400.00 |

✱ *The only time entries in November of 2011 within the Application Period. Included for informational purposes only and not included in figures in Third Interim Application.*

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

| | |
|---|---|
| Invoice Date | 01/16/2012 |
| Client Number | 01260008 |
| Invoice Number | 325618 |
| Services Through | 12/31/2011 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $127,056.20 | |
| Payments since last invoice | -116,800.00 | |
| NET BALANCE FORWARD | | $10,256.20 |

CURRENT CHARGES

| | | |
|---|---|---|
| Total Services  (details follow) | $680.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $680.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$10,936.20** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| Joseph J. Bellinger, Jr. | | | | |
| 12/05/2011 | emails to and from counsel re delivering financials required by settlement agreement | 0.20 | 400.00 | 80.00 |
| 12/09/2011 | emails to and from counsel and to trustee regarding financial information | 0.20 | 400.00 | 80.00 |
| 12/16/2011 | Review Orders entered pursuant to Motion to Approve Compromise (.4); review Settlement Agreement and prepare letter to counsel to Defendants re payment instructions and delivery of financials required under Settlement Agreement (.4) | 0.80 | 400.00 | 320.00 |
| 12/29/2011 | Numerous emails to and from counsel and M Rinn regarding payment and delivery of financials and tax returns | 0.50 | 400.00 | 200.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 1.70 | | 680.00 |

**EXHIBIT A**

TOTAL CURRENT CHARGES FOR THIS MATTER:          1.70          680.00

                              TOTAL CURRENT CHARGES:          $680.00


### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 1.70 | 680.00 |
| | 1.70 | $680.00 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

## INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Invoice Date | 02/06/2012 |
| Client Number | 01260008 |
| Invoice Number | 326259 |
| Services Through | 01/31/2012 |

**01260008.00001  Christian S. Knudsen, Jr.**

ACCOUNT SUMMARY

| PRIOR CHARGES | | |
|---|---|---|
| Balance of last invoice | $10,936.20 | |
| NET BALANCE FORWARD | | $10,936.20 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $2,560.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $2,560.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$13,496.20** |

DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 01/03/2012 | Emails to and from counsel, Michael Rinn regarding first payment | 0.40 | 400.00 | 160.00 |
| 01/05/2012 | emails with counsel to defendants and Michael Rinn (.3); analysis of enforcement of remedies (1.4). | 1.70 | 400.00 | 680.00 |
| 01/09/2012 | Begin preparation of Notices of Default and Complaint Enforcement of Judgments | 2.80 | 400.00 | 1,120.00 |
| 01/10/2012 | Telephone call with Mr. Knudsen re status of payment and tax returns (.2); emails to counsel and Mr. Rinn (.4) | 0.60 | 400.00 | 240.00 |
| 01/13/2012 | Emails to counsel and M Rinn regarding payment status and enforcement | 0.30 | 400.00 | 120.00 |
| 01/17/2012 | Prepare default and preservation of rights letter to counsel | 0.40 | 400.00 | 160.00 |

**EXHIBIT A**

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/31/2012 | Telephone call to counsel; emails to and from M Rinn re status of settlement | 0.20 | 400.00 | 80.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 6.40 | | 2,560.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 6.40 | | 2,560.00 |
| | TOTAL CURRENT CHARGES: | | | $2,560.00 |

## TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 6.40 | 2,560.00 |
| | 6.40 | $2,560.00 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

## INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Invoice Date | 03/08/2012 |
| Client Number | 01260008 |
| Invoice Number | 330300 |
| Services Through | 02/29/2012 |

01260008.00001  Christian S. Knudsen, Jr.

ACCOUNT SUMMARY

PRIOR CHARGES

Balance of last invoice          $13,496.20

NET BALANCE FORWARD                                    $13,496.20

CURRENT CHARGES

Total Services  (details follow)      $2,160.00

Total Expenses  (details follow)      $0.00

TOTAL CURRENT CHARGES                                    $2,160.00

**TOTAL BALANCE NOW DUE FOR THIS MATTER:**              **$15,656.20**

DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 02/02/2012 | Emails to and from M Rinn and call to C Knudsen | 0.30 | 400.00 | 120.00 |
| 02/07/2012 | Telephone call to C Knudsen; review draft discovery from UST (discharge litigation) | 1.20 | 400.00 | 480.00 |
| 02/13/2012 | Review settlement and enforcement actions | 1.50 | 400.00 | 600.00 |
| 02/15/2012 | Telephone call with C Knudsen re payment and tax returns (.2); review documents from Sirody firm for possible release to UST office (1.2) | 1.40 | 400.00 | 560.00 |
| 02/20/2012 | Review documents from Sirody firm for delivery to US Trustee | 1.00 | 400.00 | 400.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 5.40 | | 2,160.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 5.40 | | 2,160.00 |

**EXHIBIT A**

TOTAL CURRENT CHARGES:     $2,160.00

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 5.40 | 2,160.00 |
| | 5.40 | $2,160.00 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

## INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Invoice Date | 04/11/2012 |
| Client Number | 01260008 |
| Invoice Number | 333155 |
| Services Through | 03/31/2012 |

01260008.00001  Christian S. Knudsen, Jr.

### ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $15,656.20 | |
| NET BALANCE FORWARD | | $15,656.20 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $4,905.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $4,905.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$20,561.20** |

### DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 03/01/2012 | Draft Complaint and evaluation of enforcement strategies re defaults under Settlement Agreement | 1.80 | 400.00 | 720.00 |
| 03/06/2012 | Finalize initial draft of Complaint and forward to M. Rinn for review | 1.30 | 400.00 | 520.00 |
| 03/07/2012 | Review comments and alternative Motion to Enforce from M Rinn (.2); analysis of multiple actions to enforce and email course of action to M Rinn (.8); revisions to Complaint and prepare Motion to Enforce (1.3) | 2.30 | 400.00 | 920.00 |
| 03/08/2012 | Prepare Complaint and forward to Michael Rinn with comments | 1.60 | 400.00 | 640.00 |
| 03/09/2012 | Review comments from Michael Rinn and finalize Complaint (.8); prepare Motion to Enforce Settlement Agreement and Request for Attorneys' Fees (2.4) | 3.20 | 400.00 | 1,280.00 |

**EXHIBIT A**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 03/14/2012 | Telephone call with C. Knudsen (.10); email status report to trustee (.2) | 0.30 | 400.00 | 120.00 |
| 03/23/2012 | Prepare counter to counsel to Bethany Properties | 0.50 | 400.00 | 200.00 |
| 03/26/2012 | Emails to and from counsel to Bethany Properties regarding sale of Debtor's interests and email status to Trustee (.3); email to Trustee regarding Motion to Enforce and Money Judgments and review Trustee's comments to course of action (.4) | 0.70 | 400.00 | 280.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 11.70 | | 4,680.00 |
| **Candace O. Dixon** | | | | |
| 03/08/2012 | Research SDAT for entity names and resident agents for incorporating into complaint. | 0.50 | 150.00 | 75.00 |
| 03/14/2012 | Efile certificate of summons services (7); prepare and send mailing | 1.00 | 150.00 | 150.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 1.50 | | 225.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 13.20 | | 4,905.00 |
| | TOTAL CURRENT CHARGES: | | | $4,905.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 11.70 | 4,680.00 |
| Candace O. Dixon | 1.50 | 225.00 |
| | 13.20 | $4,905.00 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Invoice Date | 05/12/2012 |
| Client Number | 01260008 |
| Invoice Number | 336545 |
| Services Through | 04/30/2012 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $20,561.20 | |
| NET BALANCE FORWARD | | $20,561.20 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $2,480.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $2,480.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$23,041.20** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| Joseph J. Bellinger, Jr. | | | | |
| 04/11/2012 | Draft correspondence to each defendant regarding initial disclosures and pre-trial conference | 1.60 | 400.00 | 640.00 |
| 04/11/2012 | Revise Notice of Private Sale of Debtor's Interests in Bethany Properties per counsel's comments | 0.80 | 400.00 | 320.00 |
| 04/12/2012 | Prepare Requests for Clerk's Entry of Default as to each Defendant | 0.80 | 400.00 | 320.00 |
| 04/13/2012 | Prepare Motion for Judgment by Default against each of the Defendants. | 0.80 | 400.00 | 320.00 |
| 04/16/2012 | Finalize Motion for Default Judgments | 1.30 | 400.00 | 520.00 |
| 04/23/2012 | Emails to and from Steven Tiedeman regarding conference call with Mr. Knudsen; email status report to M Rinn | 0.60 | 400.00 | 240.00 |

**EXHIBIT A**

|  |  |  |  |  |
|---|---|---:|---:|---:|
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 5.90 | | 2,360.00 |

**Candace O. Dixon**

|  |  |  |  |  |
|---|---|---:|---:|---:|
| 04/09/2012 | Prepare Notice of Intent to Sell Debtors' Interest in Bethany LLC | 0.80 | 150.00 | 120.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.80 | | 120.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 6.70 | | 2,480.00 |

TOTAL CURRENT CHARGES:                    $2,480.00

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---:|---:|
| Joseph J. Bellinger, Jr. | 5.90 | 2,360.00 |
| Candace O. Dixon | 0.80 | 120.00 |
| | 6.70 | $2,480.00 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

| | |
|---|---|
| Invoice Date | 06/14/2012 |
| Client Number | 01260008 |
| Invoice Number | 339015 |
| Services Through | 05/31/2012 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $23,041.20 | |
| NET BALANCE FORWARD | | $23,041.20 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $1,397.50 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $1,397.50 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$24,438.70** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 05/02/2012 | Review adversary proceeding and Motion for Judgment by Default Against All Defendants and attend pre-trial per Summons (.8); prepare motion to continue hearing on Trustee's Motion to Enforce (.6); prepare line and revised proposed order in connection with Motion for Judgment by Default Against All Defendants (correcting typographical error in amount of requested judgment)(.4) | 1.80 | 415.00 | 747.00 |
| 05/03/2012 | Review Order granting continuance, instructions to counsel for notice of new hearing. | 0.10 | 415.00 | 41.50 |
| 05/23/2012 | Review entered Judgments by Default, Money Judgments; email to M Rinn re Motion to Enforce and enforcement of judgments | 0.60 | 415.00 | 249.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.50 | | 1,037.50 |
| **Candace O. Dixon** | | | | |

**EXHIBIT A**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 05/02/2012 | Efile Motion to Continue Hearing; mail service copies | 0.30 | 150.00 | 45.00 |
| 05/02/2012 | Revisions to the Line correcting the judgment amount against all defendants; revise Order for same | 0.60 | 150.00 | 90.00 |
| 05/04/2012 | Prepare certificate of service for Order; prepare service copies of Order | 0.40 | 150.00 | 60.00 |
| 05/05/2012 | Finalize Notice of Intent to Sell Debtor's Membership and Interest in Bethany Properties, LLC and prepare mailing matrix service copies. | 0.80 | 150.00 | 120.00 |
| 05/07/2012 | E-file Notice of Intent to Sell Debtor's Membership and Interests in Bethany Properties, LLC and disseminate service copies | 0.30 | 150.00 | 45.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.40 | | 360.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 4.90 | | 1,397.50 |

TOTAL CURRENT CHARGES:                $1,397.50

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 2.50 | 1,037.50 |
| Candace O. Dixon | 2.40 | 360.00 |
| | 4.90 | $1,397.50 |

**EXHIBIT A**

WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

# Offit | Kurman
### Attorneys At Law

Tax I.D.:52-1518021

## INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Invoice Date | 07/16/2012 |
| Client Number | 01260008 |
| Invoice Number | 342207 |
| Services Through | 06/30/2012 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $24,438.70 | |
| NET BALANCE FORWARD | | $24,438.70 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $5,620.50 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $5,620.50 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$30,059.20** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 06/06/2012 | Review Debtor's Objection to Notice of Sale of Bethany Properties LLC (.2); review email from Tiedemann regarding hearings, objection and reply (.2); emails to and from M Rinn regarding Objection (.2) | 0.60 | 415.00 | 249.00 |
| 06/07/2012 | Review Motion to Enforce Settlement re: hearing on Motion | 0.80 | 415.00 | 332.00 |
| 06/11/2012 | Emails among Chris Tsien and Tim Eakle re proposed sale of Bethany Properties interests (.4); review docket and Motion to Enforce Settlement and appear for hearing (.8); review enforcement strategies re money judgments entered (.6). | 1.80 | 415.00 | 747.00 |
| 06/15/2012 | Meet with Tim Eakle before hearing to prepare for possible testimony; attend hearing on Notice of Sale. | 1.00 | 415.00 | 415.00 |
| 06/19/2012 | Review of documents regarding entities and financial statements | 2.30 | 415.00 | 954.50 |

**EXHIBIT A**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| | and identify numerous property and accounts for Requests for Writs. | | | |
| 06/20/2012 | Review and revise draft Assignment for Bethany Properties interests (.5); emails to C. Tsien and Trustee regarding same (.2) | 0.70 | 415.00 | 290.50 |
| 06/26/2012 | Evaluate and review numerous Requests for Writs of Garnishment (approximately 40 Requests). | 1.50 | 415.00 | 622.50 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 8.70 | | 3,610.50 |

**Candace O. Dixon**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 06/26/2012 | Numerous telephone calls to banks re: garnishment | 1.50 | 150.00 | 225.00 |
| 06/26/2012 | Research Maryland SDAT for registered agent to serve garnishment | 0.30 | 150.00 | 45.00 |
| 06/26/2012 | Review credit reports and other financial information on individual judgment debtors in preparation for enforcement proceedings. | 1.60 | 150.00 | 240.00 |
| 06/27/2012 | Prepare property and wage garnishment against judgment debtors (numerous requests for Writs per Mr. Bellinger's direction) | 5.30 | 150.00 | 795.00 |
| 06/28/2012 | Finalize property and wage garnishment's against defendants | 4.70 | 150.00 | 705.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 13.40 | | 2,010.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 22.10 | | 5,620.50 |

TOTAL CURRENT CHARGES:                  $5,620.50

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 8.70 | 3,610.50 |
| Candace O. Dixon | 13.40 | 2,010.00 |
| | 22.10 | $5,620.50 |

**EXHIBIT A**

WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

# Offit | Kurman
### Attorneys At Law

Tax I.D.:52-1518021

## INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD 21030

| | |
|---|---|
| Invoice Date | 08/09/2012 |
| Client Number | 01260008 |
| Invoice Number | 343840 |
| Services Through | 07/31/2012 |

**01260008.00001  Christian S. Knudsen, Jr.**

ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $30,059.20 | |
| NET BALANCE FORWARD | | $30,059.20 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $1,850.00 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $1,850.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$31,909.20** |

DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| Joseph J. Bellinger, Jr. | | | | |
| 07/06/2012 | Review Debtor's "motion to reconsider" sale of Bethany Properties interests and email to M Rinn regarding same (.2); review status of writs of garnishment (.5). | 0.70 | 415.00 | 290.50 |
| 07/17/2012 | Prepare Objection to Debtor's motion to reconsider Bethany Properties sale. | 0.80 | 415.00 | 332.00 |
| 07/19/2012 | Review status of Writs of Garnishment. | 0.50 | 415.00 | 207.50 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.00 | | 830.00 |
| Candace O. Dixon | | | | |
| 07/05/2012 | Finalize 35 garnishments for service of process | 4.50 | 150.00 | 675.00 |
| 07/13/2012 | Prepare Affdavit's of Service re: garnishments | 2.00 | 150.00 | 300.00 |

**EXHIBIT A**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 07/18/2012 | Review responses received re: writ of garnishments | 0.30 | 150.00 | 45.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 6.80 | | 1,020.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 8.80 | | 1,850.00 |
| | TOTAL CURRENT CHARGES: | | | $1,850.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 2.00 | 830.00 |
| Candace O. Dixon | 6.80 | 1,020.00 |
| | 8.80 | $1,850.00 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Invoice Date | 09/12/2012 |
| Client Number | 01260008 |
| Invoice Number | 346459 |
| Services Through | 08/31/2012 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $31,909.20 | |
| NET BALANCE FORWARD | | $31,909.20 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $4,454.50 | |
| Total Expenses  (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $4,454.50 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$36,363.70** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 08/03/2012 | Review of responses to Writs of Garnishment and evaluate additional enforcement measures. | 1.00 | 415.00 | 415.00 |
| 08/09/2012 | Review responses to Writs of Garnishment; prepare letter to counsel to MT Laney | 0.50 | 415.00 | 207.50 |
| 08/15/2012 | Evaluate additional enforcement procedures. | 0.80 | 415.00 | 332.00 |
| 08/20/2012 | Review of Answers to Writs (.5); telephone call with counsel to MT Laney regarding answer to writ (.1); investigate additional enforcement devices (2.6). | 3.20 | 415.00 | 1,328.00 |
| 08/23/2012 | Evaluate enforcement issues; prepare numerous subpoenas and Requests for Writs and Writ of Execution. | 3.60 | 415.00 | 1,494.00 |
| 08/29/2012 | Review of enforcement measures, prepare additional requests for | 1.20 | 415.00 | 498.00 |

**EXHIBIT A**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| | writs. | | | |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 10.30 | | 4,274.50 |
| **Candace O. Dixon** | | | | |
| 08/24/2012 | Finalize writs | 0.60 | 150.00 | 90.00 |
| 08/24/2012 | Finalize subpoena's | 0.60 | 150.00 | 90.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 1.20 | | 180.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 11.50 | | 4,454.50 |
| | TOTAL CURRENT CHARGES: | | | $4,454.50 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|------------|-------|--------|
| Joseph J. Bellinger, Jr. | 10.30 | 4,274.50 |
| Candace O. Dixon | 1.20 | 180.00 |
| | 11.50 | $4,454.50 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road,  Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Invoice Date | 10/09/2012 |
| Client Number | 01260008 |
| Invoice Number | 348914 |
| Services Through | 09/30/2012 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $36,363.70 | |
| NET BALANCE FORWARD | | $36,363.70 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $10,180.50 | |
| Total Expenses  (details follow) | $58.50 | |
| TOTAL CURRENT CHARGES | | $10,239.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$46,602.70** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 09/05/2012 | Review Writs and enforcement measures and email status report to Mr. Rinn. | 0.80 | 415.00 | 332.00 |
| 09/07/2012 | Prepare Requests for Writs of Execution by US Marshals and other enforcement measures. | 1.50 | 415.00 | 622.50 |
| 09/12/2012 | Prepare discovery in aid of execution | 3.80 | 415.00 | 1,577.00 |
| 09/14/2012 | Review status of Answers to Writs and Writs of Execution | 0.40 | 415.00 | 166.00 |
| 09/17/2012 | Meeting with US Marshal regarding Writs of Execution | 0.50 | 415.00 | 207.50 |
| 09/18/2012 | Preparations for Writ of Execution by US Marshals on Judgment Debtors. | 1.70 | 415.00 | 705.50 |
| 09/19/2012 | Writ of Execution levy upon vehicles and property of judgment | 6.80 | 415.00 | 2,822.00 |

**EXHIBIT A**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| | debtors at the residence and follow up assessment of outcome. | | | |
| 09/24/2012 | Revise Writ of Execution Procedures for Liquidation and review M Rinn's comments. | 0.80 | 415.00 | 332.00 |
| 09/28/2012 | Finalize Memorandum on Writ of Execution and inventory of property subject to levy and submit to Debtor and counsel (1.2); review settlement offer from debtor's counsel and reply (.2) | 1.40 | 415.00 | 581.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 17.70 | | 7,345.50 |

**Candace O. Dixon**

| Date | Services | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| 09/05/2012 | Telephone calls with case administrator and US Marshals office re: instructions and process for executing writs; prepare additional writ for dealership; review email re: antique vehicle; search internet for antique vehicle value | 3.30 | 150.00 | 495.00 |
| 09/07/2012 | Prepare Writs of Execution against entities and dealership for US Marshal; telephone calls with case administrator re: same; obtain certified copies of judgments; research MVA records for vehicle ownership for debtor, wife and daughter; prepare USM-285's for execution of Writs | 5.00 | 150.00 | 750.00 |
| 09/10/2012 | Revise and finalize writs of execution for US Marshals; emails with US Marshal office and Trustee re: same | 2.00 | 150.00 | 300.00 |
| 09/11/2012 | emails and telephone calls with trustee's office and US Marshals office re: writ execution date | 0.50 | 150.00 | 75.00 |
| 09/12/2012 | Various emails with US Marshals office and trustee re: execution of writs | 0.50 | 150.00 | 75.00 |
| 09/17/2012 | Meeting with US Marshals re: execution of writs | 0.50 | 150.00 | 75.00 |
| 09/18/2012 | Conference call with US Marshal and Trustee office re: writ of execution for tomorrow; prepare for writs of execution | 0.60 | 150.00 | 90.00 |
| 09/19/2012 | Attend US Marshal writs of execution | 5.00 | 150.00 | 750.00 |
| 09/19/2012 | Prepare Writ of Garnishment to K. Knudsen employer | 0.60 | 150.00 | 90.00 |
| 09/19/2012 | Finalize Line Requesting Enrollment of Foreign Judgment | 0.40 | 150.00 | 60.00 |
| 09/27/2012 | Review subpoena response from Wells Fargo | 0.50 | 150.00 | 75.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 18.90 | | 2,835.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 36.60 | | 10,180.50 |

### EXPENSES

| Date | Services | | | Amount |
|------|----------|--|--|--------|
| 09/07/2012 | Clerk, U.S. Bankruptcy Court - SDNY: certified copies of judgment (3) | | | 36.00 |
| 09/14/2012 | Equifax - credit bureau report (Christian S. Knudsen) 9/11/12 | | | 7.50 |
| 09/14/2012 | Equifax - credit bureau report (Sharon A. Knudsen) 9/11/12 | | | 7.50 |
| 09/14/2012 | Equifax - credit bureau report (Katlyn A. Knudsen) 9/11/12 | | | 7.50 |
| | TOTAL CURRENT EXPENSES FOR THIS MATTER: | | | $58.50 |
| | TOTAL CURRENT CHARGES: | | | $10,239.00 |

**EXHIBIT A**

## TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 17.70 | 7,345.50 |
| Candace O. Dixon | 18.90 | 2,835.00 |
| | 36.60 | $10,180.50 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

Michael G. Rinn, Chapter 7 Trustee
111 Warren Road, Suite 4
Cockeysville, MD  21030

| | |
|---|---|
| Invoice Date | 11/08/2012 |
| Client Number | 01260008 |
| Invoice Number | 351334 |
| Services Through | 10/31/2012 |

01260008.00001  Christian S. Knudsen, Jr.

## ACCOUNT SUMMARY

PRIOR CHARGES

| | | |
|---|---|---|
| Balance of last invoice | $46,602.70 | |
| NET BALANCE FORWARD | | $46,602.70 |
| CURRENT CHARGES | | |
| Total Services  (details follow) | $3,486.00 | |
| Total Expenses  (details follow) | $32.00 | |
| TOTAL CURRENT CHARGES | | $3,518.00 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER: | | $50,120.70 |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 10/01/2012 | Emails to and from Steven Tiedemann (counsel to Knudsens) regarding Writ of Execution issues and settlement proposal. | 0.60 | 415.00 | 249.00 |
| 10/11/2012 | Analysis of settlement issues related to Writ of Execution and call with Michael Rinn regarding disposition of levied property and possible resolution with judgment debtors. | 0.80 | 415.00 | 332.00 |
| 10/12/2012 | Prepare settlement proposal for Debtor and judgment debtors and submit to Steven Tiedamann (.6); review counsel's comments and respond (.2). | 0.80 | 415.00 | 332.00 |
| 10/22/2012 | Evaluate documents from counsel regarding asserted third party ownership of firearms levied upon and numerous emails to and from Steven Tiedemann regarding settlement of levy (1.4); call with M. Rinn regarding response to proposal (.4); prepare response to | 2.40 | 415.00 | 996.00 |

**EXHIBIT A**

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| | proposal and send to counsel (.6). | | | |
| 10/24/2012 | Review emails and telephone calls from Mr. Tiedemann; prepare email reply. | 0.20 | 415.00 | 83.00 |
| 10/26/2012 | Numerous emails with counsel regarding resolution of levied property; evaluate alternative recoveries and report to M. Rinn. | 1.80 | 415.00 | 747.00 |
| 10/29/2012 | Revisions to terms of proposal regarding disposition of levied property and payment of additional funds to the estate. | 1.80 | 415.00 | 747.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 8.40 | | 3,486.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 8.40 | | 3,486.00 |

### EXPENSES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/10/2012 | LexisNexis (Online): out of plan charges in Risk Liability Library 9/7/12 | | | 32.00 |
| | TOTAL CURRENT EXPENSES FOR THIS MATTER: | | | $32.00 |
| | TOTAL CURRENT CHARGES: | | | $3,518.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 8.40 | 3,486.00 |
| | 8.40 | $3,486.00 |

**EXHIBIT A**

# Matter Worked Detail Report

Worked between 11/01/2012 thru 11/30/2012

*Client Number*

*Matter No. & Name*

**01260008: Rinn, Ch 7 Trustee , Michael G**

01260008.00001: Christian S. Knudsen, Jr.

**Time Entries**

| Date Worked | Timekeeper | Entry No.<br>Work Status | Description<br>Notes<br>Codes | Hours<br>Rate<br>Dollars |
|---|---|---|---|---|
| 11/02/2012 | Bellinger, Jr., Joseph J. | 1956202 | Numerous emails with counsel regarding resolution of levied property and report status to Trustee. | 0.50 |
| | | Work-In-Process | | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 207.50 |
| 11/05/2012 | Bellinger, Jr., Joseph J. | 1959273 | Review proposal from counsel and discuss redemption issues and execution on judgment issues with Trustee. | 1.20 |
| | | Work-In-Process | | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 498.00 |
| 11/06/2012 | Bellinger, Jr., Joseph J. | 1959277 | Prepare email to counsel to Knudsen regarding status of execution and payment for redemption of property and several follow up replies. | 0.60 |
| | | Work-In-Process | | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 249.00 |
| 11/10/2012 | Bellinger, Jr., Joseph J. | 1959283 | Review billings and prepare Interim Application for Allowance and Payment of Fees. | 2.80 |
| | | Work-In-Process | | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 1,162.00 |
| 11/12/2012 | Bellinger, Jr., Joseph J. | 1960884 | Prepare Motion for Approval of Compromise and Redemption of Property | 1.80 |
| | | Open | | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 747.00 |
| 11/13/2012 | Bellinger, Jr., Joseph J. | 1960886 | Emails with counsel and Trustee re confirmation of wire payment (.4); revisions to Motion for Approval of Settlement and Redemption of Property (1.8). | 2.20 |
| | | Open | | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 913.00 |
| 11/14/2012 | Bellinger, Jr., Joseph J. | 1961927 | Review preliminary appraisal of firearms and valuation of property subject to levy (.6); calls and emails related to release of motor vehicles to Debtor per redemption terms (.2). | 0.80 |
| | | Open | | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 332.00 |
| 11/14/2012 | Bellinger, Jr., Joseph J. | 1961929 | Review invoices and prepare Third Interim Application for Allowance and Payment of Fees, Notice, and proposed Order. | 1.50 |
| | | Open | | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 622.50 |
| 11/14/2012 | Bellinger, Jr., Joseph J. | 1961930 | Finalize Motion to Approve Settlement, Sale and Redemption of Property, Notice, proposed Order. | 1.50 |
| | | Open | | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 622.50 |
| 11/14/2012 | Dixon, Candace O. | 1961939 | Revise Motion to Approve Settlement and Sale Redemption. | 1.50 |
| | | Open | | 150.00 |
| | | | LOCATION: 07 Baltimore, MD | 225.00 |
| 11/15/2012 | Bellinger, Jr., Joseph J. | 1961931 | Finalize Third Interim Allowance of Compensation, Notice, | 0.80 |

**EXHIBIT A**

## Matter Worked Detail Report
Worked between 11/01/2012 thru 11/30/2012

*Client Number*

*Matter No. & Name*

**01260008: Rinn, Ch 7 Trustee , Michael G**

01260008.00001: Christian S. Knudsen, Jr.

### Time Entries

| Date Worked | Timekeeper | Entry No. Work Status | Description Notes Codes | Hours Rate Dollars |
|---|---|---|---|---|
| | | Open | and proposed Order. | 415.00 |
| | | | LOCATION: 07 Baltimore, MD | 332.00 |
| 11/15/2012 | Dixon, Candace O. | 1961935 | Revisions to Motion to Approve Settlement and Sale and Redemption, Notice, proposed Order and COS. | 1.50 |
| | | Open | | 150.00 |
| | | | LOCATION: 07 Baltimore, MD | 225.00 |

| | Hours | Dollars | Bill Value |
|---|---|---|---|
| **Total For 01260008.00001: Christian S. Knudsen, Jr.** | 16.70 | 6,135.50 | 0.00 |
| **Total For 01260008: Rinn, Ch 7 Trustee , Michael G** | 16.70 | 6,135.50 | 0.00 |
| **Report Totals** | 16.70 | 6,135.50 | 0.00 |

**EXHIBIT A**